**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 26-** |
| **v.** | : | **DATE FILED:** |
| **SCOTT TESTA** | : | **VIOLATION:**<br>**18 U.S.C. § 2261A(2)(B) (cyberstalking – 2 counts)** |
| | : | |

**INDICTMENT**

**COUNT ONE**

**THE GRAND JURY CHARGES THAT:**

At all times material to this indictment:

**BACKGROUND**

1. Defendant SCOTT TESTA resided in Lafayette Hill, Pennsylvania, which is in Montgomery County.

2. Defendant SCOTT TESTA owned two properties in Whitpain Township, located in Blue Bell, Pennsylvania, which is in Montgomery County.

3. Victim T.W. was employed by the Whitpain Township Police Department.

4. Victim E.T. was employed by Whitpain Township.

5. Since at least in or about 2018, defendant SCOTT TESTA has rented or leased rooms in his properties, and since at least in or about 2018, Whitpain Township Police have responded to calls reporting rental disputes at defendant TESTA's properties in Whitpain Township.

6. Since at least on or about October 2, 2019 through in or about September 2024, Whitpain Township has issued at least seven notices of violation to defendant SCOTT TESTA in relation to his properties in Whitpain Township, including that both properties were illegally converted to multi-family dwellings, in violation of the Code of the Township of Whitpain.

7. On or about September 19, 2024, defendant SCOTT TESTA and his female companion (H.M.) reported to Whitpain Township Police that two individuals broke into a rental property owned by defendant TESTA, and stole his jewelry from the attic. The claimed jewelry theft was ultimately ruled by the Whitpain Township Police Department to be unfounded. Two individuals were subsequently charged with harassment, in violation of 18 Pa.C.S. 2709(a)(3), and disorderly conduct, in violation of 18 Pa.C.S. 5503(a)(4), in connection with the reported entry into defendant TESTA's property.

8. After this incident, defendant SCOTT TESTA repeatedly disparaged the handling of the police investigation through e-mails and letters to members of the Whitpain Township Police Department and Whitpain Township, and to other public officials, via e-mails and letters.

9. On or about December 6, 2024, Whitpain Township filed a Complaint and Petition for a Preliminary Injunction in the Montgomery County Court of Common Pleas, seeking a court order directing defendant SCOTT TESTA to correct his Township Code violations, among other things. *See Whitpain Township v. Testa*, Case No. 24-27992.

10. On or about January 3, 2025, the Montgomery County Court of Common Pleas judge granted Whitpain Township's petition for a preliminary injunction.

11. In or around January 2025, defendant SCOTT TESTA created a website to publicize his views regarding Whitpain Township officials and Whitpain Township Police.

12. On or about January 30, 2025, defendant SCOTT TESTA filed an Answer and Counterclaim in Case No. 24-27992, alleging, among other things, that Whitpain Township was targeting him because he was "in an interracial relationship." Defendant TESTA also added the Whitpain Township Police Chief and Victim T.W. as defendants, with counterclaim allegations.

13. On or about January 30, 2025, *Whitpain Township v. Testa*, Case No. 24-27992, was removed to federal court. *See* Civ. No. 25-521 (E.D. Pa.). On February 7, 2025, a United States District Court Judge issued an order to show cause why the Court should not remand the matter back to the Montgomery County Court of Common Pleas. On February 13, 2025, counsel for defendant SCOTT TESTA advised the Court that zoning ordinance-related aspect of the case should be remanded back to the Court of Common Pleas, while the constitutional claims should remain in federal court, and asked for 14 days to file an amended complaint. On February 20, 2025, the assigned United States District Court judge remanded the case back to the Court of Common Pleas. Defendant TESTA never filed an amended complaint, and there is no pending federal civil rights case against Whitpain Township.

14. Throughout 2025 and into 2026, defendant SCOTT TESTA publicized his criticisms about Whitpain Township and the Whitpain Township Police via e-mails, websites, and podcasts. Defendant TESTA claimed that there was a pending federal civil rights lawsuit against Whitpain Township, which was false after February 20, 2025, and also espoused his views that Whitpain Township was run by racists.

15. Following this lengthy history of legal filings against, disagreements with, and allegations about Whitpain Township and Whitpain Township Police, defendant SCOTT TESTA's behavior escalated in April 2026.

**DEFENDANT TESTA'S COURSE OF CONDUCT TARGETING T.W.**

16. On or about April 28, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," posted on Reddit an AI (artificial intelligence)-altered image depicting T.W. wearing a white Ku Klux Klan robe with the name of his current-employer in the background. The image posted by defendant TESTA included false commentary that T.W. was "fired," had "numerous allegations against minorities and the disabled," and was the subject of a "federal civil rights suit," all of which defendant TESTA knew to be false when it was posted. Defendant TESTA wrote that T.W. was "now mentoring kids at [*name of T.W.'s employer*]."

17. On or about April 28, 2026, defendant SCOTT TESTA used an anonymous ProtonMail e-mail account, "RFlair2@protonmail.com," to send an e-mail to over 50 staff members of T.W.'s current employer, with the subject line: "Black people and [T.W.] – School Police Officer – [name of T.W.'s employer]." In this e-mail, defendant TESTA claimed to be providing "publicly available information" about T.W. and stated that T.W. was a named defendant in a pending federal civil rights lawsuit, which defendant TESTA knew to be false.

18. On or about April 28, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803" and "ColdExternal6101," made numerous posts containing photographs of T.W.'s co-workers and other officials at T.W.'s employer, with their contact information and fake quotes such as the following:

ColdExternal6101 • 4mo ago • Edited 4mo ago

[redacted]



[redacted]

"If we had had the old high school, we could have definitely prevented those gosh darn handicapped people from coming to school, but the blacks can climb!"

[redacted] Vice President [redacted]

[redacted] Schools a Community where Character Counts!

3 Reply Share ···

ColdExternal6101 • 4mo ago • Edited 4mo ago

[redacted]



[redacted]

"When T.W. interviewed for his new job protecting our white kids, he really reminded me of someone, but I was not sure...Then I rewatched Valkerie and pulled out my signed version of meim kampf!"

[redacted] - Board Member - [redacted]

[redacted] Schools a Community where Character Counts!

3 Reply Share ···

19. On or about April 30, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," posted on Reddit, "[T.W.], you are so popular in less than a day, and over 8000 know how much of a scum bag you are! [names of T.W.'s three children] must be so proud of you! Especially, you are still bringing home a paycheck after Whitpain started draining the swamp." Then, defendant TESTA posted an address of a home in Pennsburg, Pennsylvania, which TESTA believed to be T.W.'s true home address, adding, "Don't forget [name of T.W.'s other child]!"

20. On or about April 30, 2026, defendant SCOTT TESTA, using an account in the name of "StarryNebula42," made multiple posts on Reddit claiming T.W. "beat up" a handicapped child, all of which defendant TESTA knew to be false. For example, defendant TESTA wrote, "That's why. He [referring to T.W.]was fired from whip pain [sic]. He struck A handicap kid and his father." On that same day, defendant TESTA also wrote on Reddit, "[T.W.]

worked in a school and beat the crap out of handicapped child."

21. From or about April 28, 2026 through on or about April 30, 2026, in the Eastern District of Pennsylvania, defendant

**SCOTT TESTA,**

with the intent to harass and intimidate T.W., used a facility of interstate and foreign commerce, that is, the internet and electronic mail, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to T.W.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

At all times material to this indictment:

1. Paragraphs 1, 2, and 4 through 15 of Count One are incorporated here.

**DEFENDANT TESTA'S COURSE OF CONDUCT TARGETING E.T.**

2. On or about April 12, 2026, defendant SCOTT TESTA, using an account in the name of "CrimsonVoyager9," posted a photograph of E.T. with his full name and title, and wrote, "[E.T.] we are watching you……get ready…. ."

3. On or about April 18, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," posted on Reddit an AI-altered image of E.T. and his family, including E.T.'s minor children, with their faces exposed so that they could be identified, depicting them all wearing white Ku Klux Klan robes. With this photograph, defendant TESTA wrote, "[E.T.] and his family, and his mother-in-law." At the time that he posted the fake photograph and made the posting identifying the victim and his family, defendant TESTA knew the information he posted to be false.

4. On or about April 18, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," wrote on Reddit, "[E.T.], you're not in Lower Merion anymore. Welcome to the jungle bitch. Lower Merion township losers just like Fat [*name of former Deputy Fire Marshal*]… ."

5. On or about April 21, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," wrote on Reddit, "Imagine being so attached to a 40-year-old plaque that you drive it around town, scanning for anyone who doesn't already know the backstory, so you can pose for a picture. The only reason this routine still works is that half of

Whitpain has no idea what's been going on in their own township, and the other half are cowards – or some combination of the two. Whitpain Supervisors, every post is permanent. … This does not get erased; it's forever. Your career and your family's future is going to be pockmarked with you cowards. [E.T.], we are going to run you out of town. You're not in Lower Merion anymore … we are coming … once the Supervisor bitches are cleared out, you're next with your secret settlements and your illegal activities." Along with this post, defendant TESTA included an AI-altered image of E.T. and his family, including his minor children, with their faces visible so that they are identified, depicting them all wearing white Ku Klux Klan robes, captioned, "[E.T.] and Family, and his mother and [*sic*] law." At the time that he posted the fake photograph and made the posting identifying the victim and his family, defendant TESTA knew the information he posted to be false.

6. On or about April 21, 2026, defendant SCOTT TESTA, using an account in the name of "CrimsonVoyager9," wrote on Reddit, [E.T.] were [*sic*] coming you can try to hide..welcome to the jungle…you and Fat [*name of former Deputy Fire Marshal*] can't go back to Lower Merion because they got rid of you both…your stupid….. ."

7. On or about April 27, 2026, defendant SCOTT TESTA, using an account in the name of "Agitated_Hair5803," posted on Reddit an AI-altered image of E.T. and his family, including his minor children, with their faces shown in the images so that they could be identified, depicting them all wearing white Ku Klux Klan robes. With this photograph, defendant TESTA wrote, "[E.T.] and Family and Mother-in-Law. You're not in Lower Merion anymore. [E.T.]… you better keep sucking off [*name of Whitpain Township Board Member*], or your contract in 2027 might be in jeopardy… ." At the time that he posted the fake photograph

and made the posting identifying the victim and his family, defendant TESTA knew the information he posted to be false.

8. From on or about April 12, 2026 through on or about April 27, 2026, in the Eastern District of Pennsylvania, defendant

**SCOTT TESTA,**

with the intent to harass and intimidate E.T., used a facility of interstate and foreign commerce, that is, the internet, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to E.T.

All in violation of Title 18, United States Code, Section 2261A(2)(B).

**A TRUE BILL:**

[redacted]

**GRA**[redacted]

Salvatore L. Astolfi for

**DAVID METCALF**
**UNITED STATES ATTORNEY**

*No.*_ _ _ _ _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

**THE UNITED STATES OF AMERICA**

**vs.**

**SCOTT TESTA**

**INDICTMENT**

Counts

18 U.S.C. § 2261A(2)(B) – cyberstalking – 2 counts

Filed in open [redacted]

Of ___ [redacted]